**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.

AMERICAN MODERN HOME INSURANCE COMPANY,

Plaintiff,

v.

EMPLOYERS MUTUAL CASUALTY COMPANY,

Defendant.

_____

**COMPLAINT**
_____

Plaintiff, American Modern Home Insurance Company, by and through its attorneys Dworkin, Chambers, Williams, York, Benson & Evans, P.C., hereby submits its Complaint against Defendant Employers Mutual Casualty Company, states and alleges as follows:

**JURISDICTION AND VENUE**

1. Plaintiff American Modern Home Insurance Company (hereinafter "American") is now and was at the time of the incident, a corporation organized and existing pursuant to the laws of Ohio and authorized to conduct business in the State of Colorado.

2. Plaintiff is informed and believes, and thereon alleges, that at all times material, the Defendant Employers Mutual Casualty Company (hereinafter "EMC") is a corporation organized and existing pursuant to the laws of the State of Iowa.

3. The amount in controversy, excluding interest and costs exceeds $75,000. This action is based upon diversity of citizenship pursuant to 28 U.S.C. § 1332(a)(1).

4. Venue is proper in this District of Colorado pursuant to 28 U.S.C. § 1391(b)(2), as the events which gave rise to the claim occurred in the State of Colorado.

## **GENERAL ALLEGATIONS**

5. On or about November 17, 2012, Ricky Hourtis, principle of Two H Mechanical, LLC, was driving a 2006 Ariel Atom Goodwood owned by Two H Mechanical, LLC when he lost control of the vehicle and collided with a tree.

6. As a result of the accident, Mr. Hourtis' passenger, James Boda, sustained serious injuries and damages.

7. At the time of the November 17, 2012, accident Two H Mechanical, LLC insured the 2006 Ariel Atom Goodwood with American under policy number 050-703-667.

8. At the time of the November 17, 2012 accident Two H Mechanical, LLC also had a Commercial Auto policy with EMC covering automobiles owned by Two H Mechanical, LLC.

9. Mr. Boda notified American and EMC of his claims against American's and EMC's joint-Insured, Two H Mechanical, LLC, for injuries and damages arising out of the accident.

10. EMC acknowledged coverage for the 2006 Ariel Atom Goodwood and the November 17, 2012 accident.

11. EMC's policy with Two H Mechanical, LLC had limits of $1,000,000 and endorsed the following:

When this coverage form and any other coverage form or policy covers on the same basis, either excess or primary, the loss will be paid in accordance with the following method:
1. All applicable policies will pay on an equal basis until the policy with the lowest limit of insurance is exhausted.
2. If any loss remains and there:
a. Are two or more remaining policies whose applicable limits of insurance have not been exhausted, then such polices will continue to pay in accordance with Paragraph 1; or
b. Is one remaining policy, then such policy will continue to pay until its limit of insurance has been exhausted.

12. American's insurance policy with Two H Mechanical, LLC had limits of $500,000 and had an "other insurance" clause.

13. Based on EMC's and American's policies with Two H Mechanical, LLC for the November 17, 2012 accident involving their Insured's 2006 Ariel Atom Goodwood EMC is liable for 66.66% of damages and American is liable for 33.33% of damages.

14. American was successful in reaching a settlement with Mr. Boda and obtaining a release in favor of American's and EMC's Insured. On February 4, 2014, James and Stephanie Boda executed a Release of all Claims in favor of the insured, Two H Mechanical, LLC for payment of $270,000.

15. American made the full payment of $270,000 to the Bodas.

16. EMC has not contributed its share of $180,000 of the payment.

## **FIRST CLAIM OF RELIEF**
(Contribution)

17. American refers to, re-alleges and incorporates herein by reference Paragraphs 1 through 16 as though fully set forth herein.

18. On November 17, 2012, American and EMC were co-insurors of the 2006 Ariel Atom Goodwood owned by Two H Mechanical, LLC.

19. In resolving claims against EMC's and American's Insured, Two H Mechanical, LLC arising from the November 17, 2012 accident involving the 2006 Ariel Atom Goodwood, American made payment of $270,000 on behalf of Two H Mechanical, LLC to James and Stephanie Boda.

20. Based on EMC's and American's insurance policies with their joint-Insured Two H Mechanical, LLC, American has paid more than its respective share of responsibility on behalf of Two H Mechanical, LLC.

21. American is entitled to pro rata contribution of 66.66% of total settlement paid from EMC in the amount of $180,000 for monies it paid on behalf of American's and EMC's joint-Insured Two H Mechanical, LLC arising from the accident on November 17, 2012 involving the 2006 Ariel Atom Goodwood. This amount is based on the carriers' respective policy limits.

WHEREFORE, Plaintiff American Modern Home Insurance Company requests judgment be entered in its favor and against Defendant Employers Mutual Casualty Company in amount to compensate for damages, pre and post judgment interest as provided by law, for costs of reasonable attorney's fees, including expert witness fees, and for such other relief as this Court deems just and proper.

RESPECTFULLY submitted this 2nd day of December, 2014.

DWORKIN, CHAMBERS, WILLIAMS,
YORK, BENSON & EVANS, P.C.

Duly signed copy on file at the law offices of
DWORKIN, CHAMBERS, WILLIAMS, YORK, BENSON & EVANS, P.C.

s/ Geri O'Brien Williams
Geri O'Brien Williams, Reg. No. 22984
Dworkin, Chambers, Williams, York, Benson & Evans, P.C.
3900 E. Mexico Ave., Suite 1300
Denver, CO 80210
Telephone:   (303) 584-0990
Facsimile:   (303) 584-0995
Email:        gwilliams@dnvrlaw.com
Attorney for Plaintiff

Plaintiff's Address:
American Home Insurance Company
7000 Midland Boulevard
Amelia, Ohio 45102-2607